

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00303-CV

---

Sandra Jovita Roush, Appellant

v.

John Willard Roush IV, Appellee

---

On Appeal from the County Court at Law No 5
El Paso County, Texas
Trial Court No. 2024DCM6133

---

## MEMORANDUM OPINION

This is an appeal from the trial court's final judgment signed on July 18, 2025. Appellant's brief was due on December 14, 2025. On December 19, 2025, we issued a notice advising Appellant that if her brief was not filed by December 29, 2025, we might dismiss this appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1) (authorizing an appellate court to dismiss a civil

appeal for want of prosecution if no appellant's brief is filed). Because no brief has been filed, we dismiss this appeal for want of prosecution. Tex. R. App. P. 42.3(b).


                                        MARIA SALAS MENDOZA, Chief Justice

January 12, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.